NIKOLAUS W. REED, Esq. (SBN 259951)
Law Office of Nikolaus W. Reed
135 10th St.
San Francisco, CA 94103
Telephone: (415) 940-7766
Facsimile: (415)940-7706

Attorney for Plaintiffs
ROSA HOWELL AND CAROLINE SALAZAR

ROBERT S. McLAY, Esq. (SBN 176661)
rmclay@hayesscott.com
JOSHUA N. KASTAN, Esq. (SBN 284767)
jkastan@hayesscott.com
**HAYES SCOTT BONINO ELLINGSON & McLAY, LLP**
203 Redwood Shores Parkway, Suite 480
Redwood City, California 94065
Telephone: 650.637.9100
Facsimile: 650.637.8071

Attorneys for Defendant
USAA CASUALTY INSURANCE COMPANY

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| Rosa Howell, an individual and Caroline Salazar, an individual,<br><br>Plaintiffs,<br>v.<br><br>USAA Casualty Insurance Company, business entity unknown, and Does 1 to 50,<br><br>Defendants. | Case No: 13-CV-03142-CRB<br><br>[Formerly San Francisco County Superior Court Action No. CGC 13531956]<br><br>**ORDER CONTINUING BRIEFING SCHEDULE ON DEFENDANT USAA CIC'S MOTION TO DISMISS** |
|---|---|

Having reviewed the Joint Stipulation to Continue the Briefing Schedule on Defendant USAA CIC's Motion to Dismiss and good cause appearing therefor, it is hereby ordered that Plaintiffs' Opposition to Defendant USAA CIC's Motion to Dismiss is now due on August 28, 2013 and Defendant USAA CIC's Reply in Support of its Motion to Dismiss is now due September 4, 2013.

**IT IS SO ORDERED.**

Dated:  July 19, 2013          By: _____
                                    Hon. Charles R. Breyer
                                    SENIOR DISTRICT COURT JUDGE

ORDER CONTINUING BRIEFING SCHEDULE ON
DEFENDANT USAA CIC'S MOTION TO DISMISS  - 1

*Howell et al. v. USAA CIC*
Case No. 13-CV-03142-CRB